NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ORTIZ & ASSOCIATES CONSULTING, LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2021-1085

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00743.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn LLC, Chicago, IL, argued for appellant.

ALYSSA J. HOLTSLANDER, Unified Patents, LLC, Washington, DC, argued for appellee. Also represented by ROSHAN MANSINGHANI, JONATHAN RUDOLPH KOMINEK STROUD; RAGHAV BAJAJ, Haynes & Boone, LLP, Austin, TX; DEBRA JANECE MCCOMAS, DAVID L. MCCOMBS, DAVID M. O'DELL, Dallas, TX; ANGELA OLIVER, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| August 31, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |